Everett CUMMINGS and Doris Cummings and Clifford Cummings and Francile Cummings, Plaintiffs-Appellants,

v.

MISSOURI PACIFIC RAILROAD COMPANY, Defendant-Respondent.

No. WD 38628.

Missouri Court of Appeals, Western District.

July 7, 1987.

Harold Kyser, Butler, for plaintiffs-appellants.

Richard L. Martin, Kansas City, for defendant-respondent.

Before BERREY, P.J., and KENNEDY and MANFORD, JJ.

ORDER

PER CURIAM:

The plaintiffs, the Cummings, appeal a judgment for defendant, Missouri Pacific Railroad Company, in an action seeking a mandatory injunction requiring the railroad to open and maintain a ditch near its railroad right of way and for damages for the erosion of plaintiffs' property due to the railroad's alleged failure to comply with the requirements of § 389.660 RSMo 1986. The judgment has been affirmed per curiam, pursuant to Rule 84.16(b).